**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:09-BK-25703-HSP |
| | § | |
| DANIEL J. GERAGHTY | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/16/2009. The undersigned trustee was appointed on 07/16/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $767,657.12

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $487,789.96 |
    | Bank service fees | $2,304.31 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $4,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $273,562.85 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/20/2012 and the deadline for filing government claims was 04/20/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $41,432.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $41,432.86, for a total compensation of $41,432.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2017                    By: /s/ Deborah K. Ebner
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 09/03/2009 |
| | | Claims Bar Date: | 04/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residential Real Estate located at 11318 Tea, La | $440,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 2 | Founders Bank Checking Account | $4,050.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 3 | Founders Bank Checking Account | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Chase Bank Checking Account | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 5 | Old Second Bank Checking Account | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 6 | Household Goods | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | not to be administered | | | | | |
| 7 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 8 | DJ Geraghty Plumbing Inc. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 9 | State Tax Refund | $850.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 10 | Mechanics Liens | $38,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 11 | 2007 Hummer H3, 25,000 miles (leased) | $20,450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | vehicle leased from General Motors Acceptance Corp, P.O. Box 9001951, Louisville, KY 40290-1951 | | | | | |
| 12 | 2004 Ford Box Truck, 78,000 miles | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 13 | 2002 Chevrolet Cavalier, 75,000 miles | $2,225.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 14 | Two (2) Dogs | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 15 | Lawsuit (u) | $0.00 | $746,000.00 | | $750,000.00 | FA |
| **Asset Notes:** | Trustee received offer of settlement from Zurich American Insurance Company. Trustee has noticed up Motion to Approve Compromise under Rule 9019 and same is scheduled for hearing on July 21, 2017. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | DANIEL J. GERAGHTY | Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 09/03/2009 |
| | | Claims Bar Date: | 04/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Distribution in Bankruptcy Case of Linda Chatman  (u) | $0.00 | $17,657.12 | | $17,657.12 | FA |
| **Asset Notes:**   Distribution on allowed claim | | | | | |

**TOTALS (Excluding unknown value)**

|  | $516,735.00 | $763,657.12 | | $767,657.12 | **Gross Value of Remaining Assets** $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

See other entries : Trustee has filed Motion to approve Compromise under Rule 9019 and for other certain relief. Hearing scheduled for July 21, 2017

July 5, 2016 - Defendant filed Amended Motion for New Trial. Judge set original hearing on the motion for June 21, 2016. The matter remains undecided as of June 30, 2016.
October 29, 2015 - CIrcuit Court of Cook County returned a unanimous jury verdict in favor of Bankruptcy Estate of Daniel Geraghty awarding $842,183.67 to the bankruptcy estate.

Trustee awaits either payment of the judgment, or notice of appeal.

Pre-Trial scheduled for May 29, 2014. Ebner's malpractice action against a third party is still ongoing in the Circuit Court of Cook County. This matter has gone through one pre-trial, with a second pre-trial hearing scheduled for July 24, 2014 in front of Judge Lynn Egan. Subsequent to the July 24, 2014 pretrial, Trustee appeared for examination at a deposition. It does not appear as if this action will settle and it will be set for trial to go forward in 2015.

June 19, 2017 - Appeal is still pending. Our brief is due next week. Settlement discussions have been ongoing. This afternoon we accepted a $750,000.00 settlement subject to bankruptcy court approval. The Appellate Court will be advised and briefing will be stayed.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2017 | /s/ DEBORAH K. EBNER |
| --- | --- | --- | --- | --- |
| | | | | DEBORAH K. EBNER |

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-25703-HSP | |
| **Case Name:** | DANIEL J. GERAGHTY | |
| **Primary Taxpayer ID #:** | **-***9260 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/16/2009 | |
| **For Period Ending:** | 12/13/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Deborah K. Ebner | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******0301 | |
| **Account Title:** | DDA | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | $0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $278,112.79 | | $278,112.79 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $115.81 | $277,996.98 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $434.13 | $277,562.85 |
| 12/06/2017 | 5001 | Daniel J. Geraghty | exemption payment | 8100-002 | | $4,000.00 | $273,562.85 |
| | | | **TOTALS:** | | $278,112.79 | $4,549.94 | $273,562.85 |
| | | | **Less: Bank transfers/CDs** | | $278,112.79 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,549.94 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,000.00 | |
| | | | **Net** | | $0.00 | $549.94 | |

**For the period of 7/16/2009 to 12/13/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $549.94 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,549.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/24/2017 to 12/13/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $549.94 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,549.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-25703-HSP | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | | | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2015 | (16) | Greg Szilagyi, Trustee | Bankruptcy distribution | 1249-000 | $17,657.12 | | $17,657.12 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.39 | $17,642.73 |
| 06/15/2015 | 101 | Phillip Fowler, Esq. | Per Order - Doc #44 | 3220-000 | | $6,579.82 | $11,062.91 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $26.75 | $11,036.16 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $16.40 | $11,019.76 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $15.32 | $11,004.44 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $16.88 | $10,987.56 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $15.80 | $10,971.76 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $15.25 | $10,956.51 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $17.33 | $10,939.18 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.16 | $10,924.02 |
| 02/15/2016 | 102 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 | | $9.50 | $10,914.52 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.14 | $10,899.38 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $17.19 | $10,882.19 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.08 | $10,867.11 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.06 | $10,852.05 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $17.12 | $10,834.93 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.02 | $10,819.91 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $17.07 | $10,802.84 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.49 | $10,787.35 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.95 | $10,772.40 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $16.48 | $10,755.92 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.42 | $10,740.50 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $16.47 | $10,724.03 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 | | $17.42 | $10,706.61 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.37 | $10,692.24 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.89 | $10,676.35 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.33 | $10,662.02 |
| | | | SUBTOTALS | | $17,657.12 | $6,995.10 | |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3    Exhibit B

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $16.86 | $10,645.16 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.30 | $10,629.86 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.77 | $10,615.09 |
| 08/10/2017 | (15) | Zurich American Insurance Company | Full Settlement of Ebner vs. Chatman et al | 1249-000 | $750,000.00 | | $760,615.09 |
| 08/10/2017 | 104 | Phillip Fowler, Esq. | Expense reimbursement per Order of August 4, 2017 | 3220-003 | | ($34,619.22) | $795,234.31 |
| 08/10/2017 | 104 | Phillip Fowler, Esq. | Expense reimbursement per Order of August 4, 2017 | 3220-000 | | $34,619.22 | $760,615.09 |
| 08/15/2017 | 105 | Todd Miller & Allocco Miller & Cahill, PC | Fees Per Order of August 4, 2017 | 3210-000 | | $187,500.00 | $573,115.09 |
| 08/15/2017 | 106 | Phillip Fowler, Esq. & Karlin, Fleisher & Falkenberg, LLC | Fees per August 4, 2017 Order | 3210-000 | | $187,500.00 | $385,615.09 |
| 08/15/2017 | 107 | Phillip J. Fowler & Karlin, Fleisher & Falkenberg, LLC | Expense reimbursement per Order of August 4, 2017 | 3220-000 | | $34,619.22 | $350,995.87 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $450.37 | $350,545.50 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $487.40 | $350,058.10 |
| 10/06/2017 | 108 | US Department of Treasury | 1041V | 2810-000 | | $60,483.00 | $289,575.10 |
| 10/06/2017 | 109 | Illinois Dept. of Revenue | IL-1041V | 2820-000 | | $11,081.00 | $278,494.10 |
| 10/24/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $381.31 | $278,112.79 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $278,112.79 | $0.00 |
| | | | | **SUBTOTALS** | $750,000.00 | $760,662.02 | |

**FORM 2** Page No: 4 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $767,657.12 | $767,657.12 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $278,112.79 | |
| | | | **Subtotal** | | $767,657.12 | $489,544.33 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $767,657.12 | $489,544.33 | |

| For the period of 7/16/2009 to 12/13/2017 | | For the entire history of the account between 05/11/2015 to 12/13/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $767,657.12 | Total Compensable Receipts: | $767,657.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $767,657.12 | Total Comp/Non Comp Receipts: | $767,657.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $489,544.33 | Total Compensable Disbursements: | $489,544.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $489,544.33 | Total Comp/Non Comp Disbursements: | $489,544.33 |
| Total Internal/Transfer Disbursements: | $278,112.79 | Total Internal/Transfer Disbursements: | $278,112.79 |

Page No: 5                    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-25703-HSP | |
| **Case Name:** | DANIEL J. GERAGHTY | |
| **Primary Taxpayer ID #:** | **-***9260 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/16/2009 | |
| **For Period Ending:** | 12/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah K. Ebner |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******1366 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | $0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $767,657.12 | $494,094.27 | $273,562.85 |

| For the period of 7/16/2009 to 12/13/2017 | | For the entire history of the case between 07/16/2009 to 12/13/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $767,657.12 | Total Compensable Receipts: | $767,657.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $767,657.12 | Total Comp/Non Comp Receipts: | $767,657.12 |
| Total Internal/Transfer Receipts: | $278,112.79 | Total Internal/Transfer Receipts: | $278,112.79 |
| | | | |
| Total Compensable Disbursements: | $490,094.27 | Total Compensable Disbursements: | $490,094.27 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $494,094.27 | Total Comp/Non Comp Disbursements: | $494,094.27 |
| Total Internal/Transfer Disbursements: | $278,112.79 | Total Internal/Transfer Disbursements: | $278,112.79 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

# CLAIM ANALYSIS REPORT

| Case No.: | 09-25703-HSP | | | | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | DANIEL J. GERAGHTY | | | | | | Date: | 12/13/2017 |
| Claims Bar Date: | 04/20/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEE | DEBORAH EBNER<br><br>11 East Adams Street<br>Suite 904<br>Chicago IL 60603 | 01/07/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $41,432.86 | $41,432.86 | $0.00 | $0.00 | $0.00 | $41,432.86 |
| | DANIEL J. GERAGHTY<br><br>11318Tea Tree Lane<br>Joliet IL 60423 | 12/06/2017 | Exemptions | Allowed | 8100-002 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | See amended schedules for claim of exemption | | | | | | | | | | | |
| ADMIN | LOIS WEST<br><br>35 E. Wacker Drive, Suite 690<br>Chicago IL 60601 | 12/05/2017 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,530.00 | $1,530.00 | $0.00 | $0.00 | $0.00 | $1,530.00 |
| ADMIN | PHILLIP FOWLER, ESQ.<br><br>Tribler, Orpett & Meyer<br>225 West Washington Suite 1300<br>Chicago IL 60606 | 07/16/2009 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $6,579.82 | $6,579.82 | $6,579.82 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | MEMO: Per Order signed 6/12/2015 | | | | | | | | | | | |
| ADMIN-exp | PHILLIP J. FOWLER<br><br>Phillip J. Fowler & Karlin, Fleisher & Falkenberg, LLC<br>111 West Washington #950<br>Chicago IL 60602 | 08/10/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $34,619.22 | $34,619.22 | $34,619.22 | $0.00 | $0.00 | $0.00 |
| ADMIN | LAW OFFICE OF DEBORAH KANNER EBNER | 08/23/2017 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $470.90 | $470.90 | $0.00 | $0.00 | $0.00 | $470.90 |

## CLAIM ANALYSIS REPORT

| Case No. | 09-25703-HSP | | | | | | | | | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DANIEL J. GERAGHTY | | | | | | | | | Date: | 12/13/2017 |
| Claims Bar Date: | 04/20/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ADMIN - FEES | PHILIP J. FOWLER & KARLIN, FLEISHER & FALKENBERG<br>111 West Washington Street #950<br>Chicago IL 60602 | 08/10/2017 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $187,500.00 | $187,500.00 | $187,500.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Fees per Order of August 4, 2017 | | | | | | | | | | | |
| ADMIN PER 8/4/1 | TODD MILLER<br>3409 N Paulina St<br>ChIcago IL 60657 | 08/10/2017 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $187,500.00 | $187,500.00 | $187,500.00 | $0.00 | $0.00 | $0.00 |
| ADMIN | LAW OFFICE OF DEBORAH KANNER EBNER | 11/21/2017 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $43,307.00 | $43,307.00 | $0.00 | $0.00 | $0.00 | $43,307.00 |
| ADMIN IRS | US DEPARTMENT OF TREASURY<br>Department of Treasury Internal Revenue Service Center<br>Cincinnati OH 45999 | 10/06/2017 | Income Taxes - Internal Revenue Service (post-petition) | Allowed | 2810-000 | $0.00 | $60,483.00 | $60,483.00 | $60,483.00 | $0.00 | $0.00 | $0.00 |
| ADMIN IDOR | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield IL | 10/06/2017 | Other State or Local Taxes (post-petition, incl. post-petition real est. taxes) | Allowed | 2820-000 | $0.00 | $11,081.00 | $11,081.00 | $11,081.00 | $0.00 | $0.00 | $0.00 |

Page No: 3     Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.: | 09-25703-HSP | | | | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | DANIEL J. GERAGHTY | | | | | | Date: | 12/13/2017 |
| Claims Bar Date: | 04/20/2012 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLUMBERS' PENSION FUND LOCAL 130 UA<br><br>Douglas A Lindsay,Roetzel & Andress LPA,20 N Clark St Ste 3200<br>Chicago IL 60602 | 02/21/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Amended | 4110-000 | $0.00 | $842,647.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    claim amended by claim number 1-2

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1P | PLUMBERS' PENSION FUND LOCAL 130 UADOUGLAS A LINDSAY ROETZEL & ANDRESS LPA<br>20 N Clark St  Ste 3200<br>Chicago IL 60602 | 02/21/2012 | Contributions to Employee Benefit Plans | Allowed | 5400-000 | $0.00 | $49,950.68 | $49,950.68 | $0.00 | $0.00 | $0.00 | $49,950.68 |
| 1U | PLUMBERS' PENSION FUND LOCAL 130 UADOUGLAS A LINDSAY ROETZEL & ANDRESS LPA<br>20 N Clark St  Ste 3200<br>Chicago IL 60602 | 02/21/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $792,696.70 | $792,696.70 | $0.00 | $0.00 | $0.00 | $792,696.70 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>c/o Orchard Bank<br>POB 41067<br>Norfolk VA 23541 | 03/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $730.69 | $730.69 | $0.00 | $0.00 | $0.00 | $730.69 |
| 3 | WM. F. MEYER CO.<br><br>1855 East New York Street<br>P.O. Box 37<br>Aurora IL 60507 | 04/09/2012 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $93,683.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**    08/04/2017    Order Disallowing Claim(s) 3 (RE: 54 Objection to Claim). Signed on 8/4/2017 (Green, Ron)

CLAIM ANALYSIS REPORT

Page No: 4    Exhibit C

| Case No. | 09-25703-HSP | | | | | | | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | | | | | | | | Date: | 12/13/2017 |
| Claims Bar Date: | 04/20/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | SPRINGLEAF FINANCIAL SERVICES P.O. BOX 3251 EVANSVILLE IN | 04/11/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| | | | | | | $2,359,212.33 | $1,422,881.87 | $491,763.04 | $0.00 | $0.00 | | $931,118.83 |

CLAIM ANALYSIS REPORT   Page No: 5   Exhibit C

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
| --- | --- | --- | --- |
| Case Name: | DANIEL J. GERAGHTY | Date: | 12/13/2017 |
| Claims Bar Date: | 04/20/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Accountant for Trustee Fees (Other Firm) | $1,530.00 | $1,530.00 | $0.00 | $0.00 | $0.00 | $1,530.00 |
| Attorney for Trustee Expenses (Other Firm) | $41,199.04 | $41,199.04 | $41,199.04 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $470.90 | $470.90 | $0.00 | $0.00 | $0.00 | $470.90 |
| Attorney for Trustee Fees (Other Firm) | $375,000.00 | $375,000.00 | $375,000.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $43,307.00 | $43,307.00 | $0.00 | $0.00 | $0.00 | $43,307.00 |
| Contributions to Employee Benefit Plans | $49,950.68 | $49,950.68 | $0.00 | $0.00 | $0.00 | $49,950.68 |
| Exemptions | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $888,110.47 | $794,427.39 | $0.00 | $0.00 | $0.00 | $794,427.39 |
| Income Taxes - Internal Revenue Service (post-petition) | $60,483.00 | $60,483.00 | $60,483.00 | $0.00 | $0.00 | $0.00 |
| Other State or Local Taxes (post-petition, incl. post-petition real est. taxes) | $11,081.00 | $11,081.00 | $11,081.00 | $0.00 | $0.00 | $0.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $842,647.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $41,432.86 | $41,432.86 | $0.00 | $0.00 | $0.00 | $41,432.86 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     1:09-BK-25703-HSP
Case Name:    DANIEL J. GERAGHTY
Trustee Name: Deborah K. Ebner

Balance on hand:     $273,562.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Plumbers' Pension Fund Local 130 UA | $842,647.38 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $273,562.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Deborah Ebner, Trustee Fees | $41,432.86 | $0.00 | $41,432.86 |
| Law Office of Deborah Kanner Ebner, Attorney for Trustee Fees | $43,307.00 | $0.00 | $43,307.00 |
| Law Office of Deborah Kanner Ebner, Attorney for Trustee Expenses | $470.90 | $0.00 | $470.90 |
| Lois West, Accountant for Trustee Fees | $1,530.00 | $0.00 | $1,530.00 |
| Other: Phillip Fowler, Esq. & Karlin, Fleisher & Falkenberg, LLC, Attorney for Trustee Fees | $187,500.00 | $187,500.00 | $0.00 |
| Other: Todd Miller & Allocco Miller & Cahill, PC, Attorney for Trustee Fees | $187,500.00 | $187,500.00 | $0.00 |
| Other: Phillip Fowler, Esq., Attorney for Trustee Expenses | $6,579.82 | $6,579.82 | $0.00 |
| Other: Phillip J. Fowler & Karlin, Fleisher & Falkenberg, LLC, Attorney for Trustee Expenses | $34,619.22 | $34,619.22 | $0.00 |
| Other: Illinois Dept. of Revenue, Other State or Local Taxes | $11,081.00 | $11,081.00 | $0.00 |
| Other: US Department of Treasury – Income Taxes | $60,483.00 | $60,483.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid for chapter 7 administrative expenses: | $86,740.76 |
|---|---|---|
|  | Remaining balance: | $186,822.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $186,822.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $49,950.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress LPA | $49,950.68 | $0.00 | $49,950.68 |

|  | Total to be paid to priority claims: | $49,950.68 |
|---|---|---|
|  | Remaining balance: | $136,871.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $794,427.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1U | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress LPA | $792,696.70 | $0.00 | $136,573.23 |
| 2 | Portfolio Recovery Associates, LLC | $730.69 | $0.00 | $125.89 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | $1,000.00 | $0.00 | $172.29 |

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $136,871.41 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |