# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                              )         Chapter 7
    DANIEL J. GERAGHTY,                      )         Case No. 09-25703 (Joliet)
                         Debtor.    )         Honorable Pamela S. Hollis

## CERTIFICATE OF SERVICE

TO:   ALL ECF REGISTRANTS;
       and by First Class Mail to all Parties listed on the attached Service List

     I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** set for hearing before the Honorable Pamela S. Hollis on **FRIDAY, FEBRUARY 16, 2018**, at **10:00 a.m.**, at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432, were caused to be mailed to the persons listed on the attached Service List, by depositing same in a U.S. Post Office Box this 22nd day of January, unless notice issued electronically by the Clerk of the Court.

                                                                                                /s/Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-25703<br>Northern District of Illinois<br>Chicago<br>Mon Jan 22 17:51:23 CST 2018 | Barclays Capital Real Estate, Inc. dba Homeq<br>4837 Watt Avenue<br>Suite #200<br>North Highland, CA 95660-5108 | Plumbers Pension Fund Local 130 U.A. et al<br>c/o Lewis, Overbeck & Furman, LLP<br>20 North Clark Street<br>Suite 3200<br>Chicago, IL 60602-5093 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Allegiance Community Bank<br>8001 West 183rd Street<br>Tinley Park, IL 60487-9272 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | CarMax Auto Finance<br>P.O. Box 3174<br>Milwaukee, WI 53201-3174 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 |
| General Motors Acceptance Corp<br>P.O. Box 9001951<br>Louisville, KY 40290-1951 | HSBC Card Services<br>P.O. Box 17051<br>Baltimore, MD 21297-1051 | (p)WACHOVIA BANK NA<br>MAC X2303-01A<br>1 HOME CAMPUS<br>1ST FLOOR<br>DES MOINES IA 50328-0001 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | J.C. Penney<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Joint Arbitration Board, Plumbing<br>Contractors Assoc of Chicago etc.<br>1340 W. Washington Boulevard<br>Chicago, IL 60607-1980 |
| Law Offices of Jeffrey M. Leving<br>19 S. LaSalle Street, Suite 450<br>Chicago, IL 60603-1490 | Leep's Supply - Merrillville<br>8001 Tyler Street<br>Merrillville, IN 46410-5345 | Meyer Company<br>1855 E. New York Street<br>Aurora, IL 60502-8610 |
| Meyer Company<br>c/o Alschuler, Simantz & Hem,<br>LLC Downer Place Executive<br>1961 West Downer<br>Place Aurora, IL<br>60506-4384 | Origin Capital II, LLC<br>c/o Dystrup, Hoster & Jarot, PC<br>822 Infantry Drive, Suite 104<br>Joliet, IL 60435-3107 | Plumbers' Pension Fund Local 130 UA<br>Brian T. Bedinghous<br>Roetzel & Andress LPA<br>20 N Clark St Ste 300<br>Chicago, Il 60603 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Soul Work<br>118 East 45th Street<br>Lower Level<br>Chicago, IL 60653-3102 | Tesha Geraghty<br>11318 Tea Tree Lane<br>Frankfort, IL 60423-5104 |
| Wm. F. Meyer Co.<br>1855 East New York Street<br>P.O. Box 37<br>Aurora, IL 60507-0037 | Daniel J. Geraghty<br>11318 Tea Tree Lane<br>Frankfort, IL 60423-5104 | Deborah Kanner Ebner<br>P. O. BOX 929<br>GLENVIEW, IL 60025-0929 |
| Kelly Smith<br>Law Offices of Stuart B. Handelman, P.C.<br>200 S. Michigan Avenue<br>Suite 205<br>Chicago, IL 60604-2407 | Lois West<br>Popowcer Katten Ltd<br>35 E Wacker Dr, Suite 902<br>Chicago, Il 60601-2124 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

Todd A. Miller
Allocco Miller & Cahill, P.C.
20 N Wacker Drive
Suite 3517
Chicago, IL 60606

Phillip J. Fowler
Karlin Fleisher & Falkenberg, LLC
111 W Washington St., Suite 950
Chicago, Il 60601-2124

Gloor Law Group
c/o Mark Glickman, registered agent
3330 Dundee Road #C4
Northbrook IL 60062

Tribler Orpett & Meyer PC
225 W Washington St.
Suite 2550
Chicago IL 60606

American Zurich Insurance Company
c/o Rebecca Rothmann/Alexander L. Reich
Wilson Elser Moskowitz Edelman & Dicker LLP
Chicago, Il 60603-5001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American General Finance
7245 W. 87th Street, Unit 4
P.O. Box 1162
Bridgeview, IL 60455-0162

HomEq Servicing Corporation
P.O. Bix 13716
Sacramento, CA 95853-3716

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Portfolio Recovery Associates, LLC
c/o Orchard Bank
POB 41067
Norfolk VA 23541

(d)SPRINGLEAF FINANCIAL SERVICES
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Philip Fowler

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31