# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                          )        Chapter 7
    DANIEL J. GERAGHTY,              )        Case No. 09-25703
        Debtor.                      )        Honorable Pamela S. Hollis

## AMENDED CERTIFICATE OF SERVICE

TO:    ALL ECF REGISTRANTS LISTED ON THE ATTACHED SERVICE LIST; and by
          FIRST CLASS MAIL TO ALL PARTIES LISTED ON THE ATTACHED SERVICE LIST

    I, Deborah K. Ebner, an attorney, state and certify that copies of the foregoing NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) set for hearing before the Honorable Pamela S. Hollis on FRIDAY, FEBRUARY 16, 2018, at 10:00 a.m., at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432, were mailed to the persons listed on the attached Service List, by depositing same in a U.S. Post Office Box this 22nd day of January 2018.


Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838


                                                                 /s/Deborah K. Ebner

## SERVICE LIST

**By electronic service by the Clerk of the Court to:**

Brian T Bedinghaus on behalf of Creditor Plumbers Pension Fund Local 130 U.A. et al
bbedinghaus@ralaw.com, casedocket@ralaw.com;sorourke@ralaw.com

Deborah K Ebner on behalf of Trustee Deborah Kanner Ebner
dkebner@deborahebnerlaw.com, webmaster@debnertrustee.com;lizd@deborahebnerlaw.com

Deborah Kanner Ebner
dkebner@debnertrustee.com, dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com

Deborah Kanner Ebner on behalf of Accountant Lois West
dkebner@debnertrustee.com, dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com

Deborah Kanner Ebner on behalf of Spec. Counsel Philip Fowler
dkebner@debnertrustee.com, dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com

Deborah Kanner Ebner on behalf of Trustee Deborah Kanner Ebner
dkebner@debnertrustee.com, dke@trustesolutions.net,IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Douglas A. Lindsay on behalf of Creditor Plumbers Pension Fund Local 130 U.A. et al
dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com

John W. Loseman on behalf of Creditor Plumbers Pension Fund Local 130 U.A. et al
jloseman@ralaw.com

Kelly Smith on behalf of Debtor 1 Daniel J. Geraghty
court@sbhpc.net, ksmith@sbhpc.net,jhuang@sbhpc.net

James E. Trausch on behalf of Creditor Barclays Capital Real Estate, Inc. dba Homeq Servicing
atalty@jtolaw.com

By First Class Mail to:

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Barclays Capital Real Estate, Inc. dba Homeq
4837 Watt Avenue
Suite #200
North Highland, CA 95660-5108

Plumbers Pension Fund Local 130 U.A. et al
c/o Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093

General Motors Acceptance Corp
P.O. Box 9001951
Louisville, KY 40290-1951

Allegiance Community Bank
8001 West 183rd Street
Tinley Park, IL 60487-9272

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CarMax Auto Finance
P.O. Box 3174
Milwaukee, WI 53201-3174

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Law Offices of Jeffrey M. Leving
19 S. LaSalle Street, Suite 450
Chicago, IL 60603-1490

HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297-1051

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Meyer Company
c/o Alschuler, Simantz & Hem,
LLC Downer Place Executive
1961 West Downer
Place Aurora, IL
60506-4384

J.C. Penney
P.O. Box 960090
Orlando, FL 32896-0090

Joint Arbitration Board, Plumbing
Contractors Assoc of Chicago etc.
1340 W. Washington Boulevard
Chicago, IL 60607-1980

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Leep's Supply - Merrillville
8001 Tyler Street
Merrillville, IN 46410-5345

Meyer Company
1855 E. New York Street
Aurora, IL 60502-8610

Wm. F. Meyer Co.
1855 East New York Street
P.O. Box 37
Aurora, IL 60507-0037

Origin Capital II, LLC
c/o Dystrup, Hoster & Jarot, PC
822 Infantry Drive, Suite 104
Joliet, IL 60435-3107

Plumbers' Pension Fund Local 130 UA
Brian T. Bedinghous
Roetzel & Andress LPA
20 N Clark St Ste 300
Chicago, Il 60603

Todd A. Miller
Allocco Miller & Cahill, P.C.
20 N. Wacker Drive
Suite 3517
Chicago, IL 60606

Soul Work
118 East 45th Street
Lower Level
Chicago, IL 60653-3102

Tesha Geraghty
11318 Tea Tree Lane
Frankfort, IL 60423-5104

Tribler Orpett & Meyer PC
225 W Washington St.
Suite 2550 Chicago, IL 60606

Daniel J. Geraghty
11318 Tea Tree Lane
Frankfort, IL 60423-5104

Gloor Law Group
C/O Mark Glickman, registered agent
3330 Dundee Road #C4
GLENVIEW, IL 60025-0929

American Zurich Insurance Co.
c/o Rebecca Rothmann/Alexander L. Reich
Wilson Elser Moskowitz Edelman & Dicker
LLP Chicago, Il 60603-5001

Lois West
Kutchins Robbins & Diamond Ltd.
35 E Wacker Dr, Suite 690
Chicago, Il 60601-2124

Phillip J. Fowler
Karlin Fleisher & Falkenberg, LLC
111 W Washington St
Suite 950
Chicago, IL 60601-2124