**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:09-BK-25703-HSP |
| | § | |
| DANIEL J. GERAGHTY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $498,835.00 | Assets Exempt: | $21,900.00 |
| Total Distributions to Claimants: | $186,822.09 | Claims Discharged Without Payment: | $657,555.98 |
| Total Expenses of Administration: | $576,835.03 | | |

3) Total gross receipts of $767,657.12 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $763,657.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $842,647.38 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $576,835.03 | $576,835.03 | $576,835.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $49,950.68 | $49,950.68 | $49,950.68 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $888,110.47 | $794,427.39 | $136,871.41 |
| **Total Disbursements** | $0.00 | $2,357,543.56 | $1,421,213.10 | $763,657.12 |

    4). This case was originally filed under chapter 7 on 07/16/2009. The case was pending for 105 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/24/2018</u>            By:  <u>/s/ Deborah K. Ebner</u>
                                                             Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Distribution in Bankruptcy Case of Linda Chatman | 1249-000 | $17,657.12 |
| Lawsuit | 1249-000 | $750,000.00 |
| **TOTAL GROSS RECEIPTS** | | $767,657.12 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Daniel J. Geraghty | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Plumbers' Pension Fund Local 130 UA | 4110-000 | $0.00 | $842,647.38 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $842,647.38 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah Ebner, Trustee | 2100-000 | NA | $41,432.86 | $41,432.86 | $41,432.86 |
| Adams- Levine | 2300-000 | NA | $9.50 | $9.50 | $9.50 |
| International Sureties, Ltd | 2300-000 | NA | $17.42 | $17.42 | $17.42 |
| Green Bank | 2600-000 | NA | $549.94 | $549.94 | $549.94 |
| Rabobank, N.A. | 2600-000 | NA | $1,754.37 | $1,754.37 | $1,754.37 |
| US Department of Treasury | 2810-000 | NA | $60,483.00 | $60,483.00 | $60,483.00 |
| Illinois Dept. of Revenue | 2820-000 | NA | $11,081.00 | $11,081.00 | $11,081.00 |
| Law Office of Deborah Kanner | 3110-000 | NA | $43,307.00 | $43,307.00 | $43,307.00 |

| | | | | | |
|---|---|---|---|---|---|
| Ebner, Attorney for Trustee | | | | | |
| Law Office of Deborah Kanner Ebner, Attorney for Trustee | 3120-000 | NA | $470.90 | $470.90 | $470.90 |
| Phillip Fowler, Esq. & Karlin, Fleisher & Falkenberg, LLC, Attorney for Trustee | 3210-000 | NA | $187,500.00 | $187,500.00 | $187,500.00 |
| Todd Miller & Allocco Miller & Cahill, PC, Attorney for Trustee | 3210-000 | NA | $187,500.00 | $187,500.00 | $187,500.00 |
| Phillip Fowler, Esq., Attorney for Trustee | 3220-000 | NA | $6,579.82 | $6,579.82 | $6,579.82 |
| Phillip J. Fowler & Karlin, Fleisher & Falkenberg, LLC, Attorney for Trustee | 3220-000 | NA | $34,619.22 | $34,619.22 | $34,619.22 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $1,530.00 | $1,530.00 | $1,530.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $576,835.03 | $576,835.03 | $576,835.03 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
 NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress LPA | 5400-000 | $0.00 | $49,950.68 | $49,950.68 | $49,950.68 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $49,950.68 | $49,950.68 | $49,950.68 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress LPA | 7100-000 | $0.00 | $792,696.70 | $792,696.70 | $136,573.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $730.69 | $730.69 | $125.89 |
| 3 | Wm. F. Meyer Co. | 7100-000 | $0.00 | $93,683.08 | $0.00 | $0.00 |
| 4 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $172.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $888,110.47 | $794,427.39 | $136,871.41 |

Case 09-25703   Doc 71   Filed 05/04/18   Entered 05/04/18 11:58:03   Desc Main
Document      Page 6 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
| Case Name: | DANIEL J. GERAGHTY | Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| For the Period Ending: | 4/24/2018 | §341(a) Meeting Date: | 09/03/2009 |
| | | Claims Bar Date: | 04/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residential Real Estate located at 11318 Tea, La | $440,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 2 | Founders Bank Checking Account | $4,050.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 3 | Founders Bank Checking Account | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Chase Bank Checking Account | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 5 | Old Second Bank Checking Account | $100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 6 | Household Goods | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | not to be administered | | | | | |
| 7 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 8 | DJ Geraghty Plumbing Inc. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 9 | State Tax Refund | $850.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 10 | Mechanics Liens | $38,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 11 | 2007 Hummer H3, 25,000 miles (leased) | $20,450.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | vehicle leased from General Motors Acceptance Corp, P.O. Box 9001951, Louisville, KY 40290-1951 | | | | | |
| 12 | 2004 Ford Box Truck, 78,000 miles | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 13 | 2002 Chevrolet Cavalier, 75,000 miles | $2,225.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 14 | Two (2) Dogs | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 15 | Lawsuit      (u) | $0.00 | $746,000.00 | | $750,000.00 | FA |
| **Asset Notes:** | Trustee received offer of settlement from Zurich American Insurance Company. Trustee has noticed up Motion to Approve Compromise under Rule 9019 and same is scheduled for hearing on July 21, 2017. | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2          Exhibit 8

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Date Filed (f) or Converted (c): | 07/16/2009 (f) |
| For the Period Ending: | 4/24/2018 | §341(a) Meeting Date: | 09/03/2009 |
| | | Claims Bar Date: | 04/20/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Distribution in Bankruptcy Case of Linda Chatman (u) | $0.00 | $17,657.12 | | $17,657.12 | FA |
| Asset Notes: | Distribution on allowed claim | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                              **Gross Value of Remaining Assets**

$516,735.00          $763,657.12                      $767,657.12                          $0.00

**Major Activities affecting case closing:**

See other entries : Trustee has filed Motion to approve Compromise under Rule 9019 and for other certain relief. Hearing scheduled for July 21, 2017

July 5, 2016 - Defendant filed Amended Motion for New Trial. Judge set original hearing on the motion for June 21, 2016. The matter remains undecided as of June 30, 2016.
October 29, 2015 - CIrcuit Court of Cook County returned a unanimous jury verdict in favor of Bankruptcy Estate of Daniel Geraghty awarding $842,183.67 to the bankruptcy estate.

Trustee awaits either payment of the judgment, or notice of appeal.

Pre-Trial scheduled for May 29, 2014. Ebner's malpractice action against a third party is still ongoing in the Circuit Court of Cook County. This matter has gone through one pre-trial, with a second pre-trial hearing scheduled for July 24, 2014 in front of Judge Lynn Egan. Subsequent to the July 24, 2014 pretrial, Trustee appeared for examination at a deposition. It does not appear as if this action will settle and it will be set for trial to go forward in 2015.

June 19, 2017 - Appeal is still pending. Our brief is due next week. Settlement discussions have been ongoing. This afternoon we accepted a $750,000.00 settlement subject to bankruptcy court approval. The Appellate Court will be advised and briefing will be stayed.

| Initial Projected Date Of Final Report (TFR): | 12/31/2015 | Current Projected Date Of Final Report (TFR): | 12/31/2017 | /s/ DEBORAH K. EBNER |
|---|---|---|---|---|
| | | | | DEBORAH K. EBNER |

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $278,112.79 | | $278,112.79 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $115.81 | $277,996.98 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $434.13 | $277,562.85 |
| 12/06/2017 | 5001 | Daniel J. Geraghty | exemption payment | 8100-002 | | $4,000.00 | $273,562.85 |
| 02/16/2018 | 5002 | Deborah Ebner | Trustee Compensation | 2100-000 | | $41,432.86 | $232,129.99 |
| 02/16/2018 | 5003 | Law Office of Deborah Kanner Ebner | Claim #: ; Amount Claimed: $470.90; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3120-000 | | $470.90 | $231,659.09 |
| 02/16/2018 | 5004 | Law Office of Deborah Kanner Ebner | Claim #: ; Amount Claimed: $43,307.00; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3110-000 | | $43,307.00 | $188,352.09 |
| 02/16/2018 | 5005 | Lois West | Claim #: ; Amount Claimed: $1,530.00; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 3410-000 | | $1,530.00 | $186,822.09 |
| 02/16/2018 | 5006 | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress | Claim #: 1; Amount Claimed: $49,950.68; Distribution Dividend: 100.00%; Account Number: ; Distribution Dividend: 100.00; | 5400-000 | | $49,950.68 | $136,871.41 |
| 02/16/2018 | 5007 | Plumbers' Pension Fund Local 130 UADouglas A Lindsay Roetzel & Andress | Claim #: 1; Amount Claimed: $792,696.70; Distribution Dividend: 17.23%; Account Number: ; Distribution Dividend: 17.23; | 7100-000 | | $136,573.23 | $298.18 |
| 02/16/2018 | 5008 | Portfolio Recovery Associates, LLC | Claim #: 2; Amount Claimed: $730.69; Distribution Dividend: 17.23%; Account Number: ; Distribution Dividend: 17.23; | 7100-000 | | $125.89 | $172.29 |
| 02/16/2018 | 5009 | SPRINGLEAF FINANCIAL SERVICES | Claim #: 4; Amount Claimed: $1,000.00; Distribution Dividend: 17.23%; Account Number: ; Distribution Dividend: 17.23; | 7100-000 | | $172.29 | $0.00 |

**SUBTOTALS**  $278,112.79   $278,112.79

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $278,112.79 | $278,112.79 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $278,112.79 | $0.00 |  |
|  |  |  | **Subtotal** |  | $0.00 | $278,112.79 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $4,000.00 |  |
|  |  |  | **Net** |  | $0.00 | $274,112.79 |  |

**For the period of 7/16/2009 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $274,112.79 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $278,112.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/24/2017 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $274,112.79 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $278,112.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/11/2015 | (16) | Greg Szilagyi, Trustee | Bankruptcy distribution | 1249-000 | $17,657.12 |  | $17,657.12 |
| 05/29/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $14.39 | $17,642.73 |
| 06/15/2015 | 101 | Phillip Fowler, Esq. | Per Order - Doc #44 | 3220-000 |  | $6,579.82 | $11,062.91 |
| 06/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $26.75 | $11,036.16 |
| 07/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $16.40 | $11,019.76 |
| 08/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $15.32 | $11,004.44 |
| 09/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $16.88 | $10,987.56 |
| 10/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $15.80 | $10,971.76 |
| 11/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $15.25 | $10,956.51 |
| 12/31/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | $17.33 | $10,939.18 |
| 01/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.16 | $10,924.02 |
| 02/15/2016 | 102 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 |  | $9.50 | $10,914.52 |
| 03/01/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.14 | $10,899.38 |
| 03/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $17.19 | $10,882.19 |
| 04/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.08 | $10,867.11 |
| 05/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.06 | $10,852.05 |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $17.12 | $10,834.93 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.02 | $10,819.91 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $17.07 | $10,802.84 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.49 | $10,787.35 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $14.95 | $10,772.40 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $16.48 | $10,755.92 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.42 | $10,740.50 |
| 01/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $16.47 | $10,724.03 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 |  | $17.42 | $10,706.61 |
| 02/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $14.37 | $10,692.24 |
| 03/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $15.89 | $10,676.35 |
| 04/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $14.33 | $10,662.02 |
| **SUBTOTALS** |  |  |  |  | **$17,657.12** | **$6,995.10** |  |

Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4    Exhibit 9

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $16.86 | $10,645.16 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $15.30 | $10,629.86 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $14.77 | $10,615.09 |
| 08/10/2017 | (15) | Zurich American Insurance Company | Full Settlement of Ebner vs. Chatman et al | 1249-000 | $750,000.00 | | $760,615.09 |
| 08/10/2017 | 104 | Phillip Fowler, Esq. | Expense reimbursement per Order of August 4, 2017 | 3220-003 | | ($34,619.22) | $795,234.31 |
| 08/10/2017 | 104 | Phillip Fowler, Esq. | Expense reimbursement per Order of August 4, 2017 | 3220-000 | | $34,619.22 | $760,615.09 |
| 08/15/2017 | 105 | Todd Miller & Allocco Miller & Cahill, PC | Fees Per Order of August 4, 2017 | 3210-000 | | $187,500.00 | $573,115.09 |
| 08/15/2017 | 106 | Phillip Fowler, Esq. & Karlin, Fleisher & Falkenberg, LLC | Fees per August 4, 2017 Order | 3210-000 | | $187,500.00 | $385,615.09 |
| 08/15/2017 | 107 | Phillip J. Fowler & Karlin, Fleisher & Falkenberg, LLC | Expense reimbursement per Order of August 4, 2017 | 3220-000 | | $34,619.22 | $350,995.87 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $450.37 | $350,545.50 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $487.40 | $350,058.10 |
| 10/06/2017 | 108 | US Department of Treasury | 1041V | 2810-000 | | $60,483.00 | $289,575.10 |
| 10/06/2017 | 109 | Illinois Dept. of Revenue | IL-1041V | 2820-000 | | $11,081.00 | $278,494.10 |
| 10/24/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $381.31 | $278,112.79 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $278,112.79 | $0.00 |

**SUBTOTALS**    $750,000.00    $760,662.02

**FORM 2**
Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $767,657.12 | $767,657.12 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $278,112.79 | |
|  |  |  | **Subtotal** |  | $767,657.12 | $489,544.33 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $767,657.12 | $489,544.33 | |

| **For the period of 7/16/2009 to 4/24/2018** | | **For the entire history of the account between 05/11/2015 to 4/24/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $767,657.12 | Total Compensable Receipts: | $767,657.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $767,657.12 | Total Comp/Non Comp Receipts: | $767,657.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $489,544.33 | Total Compensable Disbursements: | $489,544.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $489,544.33 | Total Comp/Non Comp Disbursements: | $489,544.33 |
| Total Internal/Transfer Disbursements: | $278,112.79 | Total Internal/Transfer Disbursements: | $278,112.79 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6     Exhibit 9

| Case No. | 09-25703-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | DANIEL J. GERAGHTY | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9260 | Checking Acct #: | ******1366 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 7/16/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | $0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $767,657.12 | $767,657.12 | $0.00 |

**For the period of 7/16/2009 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $767,657.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $767,657.12 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $763,657.12 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $767,657.12 |
| Total Internal/Transfer Disbursements: | $278,112.79 |

**For the entire history of the case between 07/16/2009 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $767,657.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $767,657.12 |
| Total Internal/Transfer Receipts: | $278,112.79 |
| | |
| Total Compensable Disbursements: | $763,657.12 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $767,657.12 |
| Total Internal/Transfer Disbursements: | $278,112.79 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER